United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph T. Mischler, Jr.  
    Debtor

Case No. 17-12914-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 2    Date Rcvd: Aug 09, 2017  
                  Form ID: pdf900    Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2017.

```
db             +Joseph T. Mischler, Jr.,    327 Kenmore Road,    Havertown, PA 19083-3903
cr             +HSBC Bank USA, N.A.,    Robertson, Anschutz & Schneid,    6409 Congress Ave, Suite 100,
                 Boca Raton, FL 33487-2853
13907435       +AQUA,    762 Lancaster Avenue,    Bryn Mawr, PA 19010-3489
13907437       +CAP1/KAWAS,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13907438       +CAP1/YMAHA,    PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
13907442       +CHASE,    PO BOX 15298,    WILMINGTON, DE 19850-5298
13907439       +Capital 1 Bank,    ATTN: GENERAL CORRESPONDENCE,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
13907441       +Casimer M. Wolanin, DMD,    1210 Darby Road,    Havertown, PA 19083-3603
13907443       +Citibank/The Home Depot,    ATTN: BANKRUPTCY,    PO BOX 790328,    SAINT LOUIS, MO 63179-0328
13907444       +Citizens Bank,    PO Box 7000, ROP-450,    Providence, RI 02940-7000
13907445       +Comcast,    11400 Northeast Avenue,    Philadelphia, PA 19116-3498
13907446        Delaware County,    Treasurer of Delaware Couty,    PO Box 1886,    Media, PA 19063-8886
13907447       +Eastern Account System INC.,    ATTN: BANKRUPTCY DEPT.,    PO BOX 837,    NEWTOWN, CT 06470-0837
13907450       +IC System, Inc,    444 Highway 96 East,    PO Box 64437,    Saint Paul, MN 55164-0437
13907452       +Leonard Gesualdo,    30 Maple Avenue,    Upper Darby, PA 19082-1903
13907453       +PA Housing Finance Agency,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13907456        PHFA, Attn: Mr. Joseph L. Gouker,    211 N. Front Street,    PO Box 15057,
                 Harrisburg, PA 17105-5057
13907455       +Pennsylvania Housing Finance Agency,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Phila., PA 19106-1541
13907458       +SUN EAST FEDERAL CR UN,    4500 PENNELL RD,    ASTON, PA 19014-1862
13907460       +Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135
13907461        Verizon HQ-Phone,    PO Box 28000,    Lehigh Valley, PA 18002-8000
13907462       +Verizon Wireless Bankruptcy Admin,    PO Box 3397,    Bloomington, IL 61702-3397
13907463        Verizon-HQ Internet,    PO Box 920041,    Dallas, TX 75392-0047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: bankruptcy@phila.gov Aug 10 2017 01:26:01    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 10 2017 01:25:27
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 10 2017 01:25:44    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13907434       +E-mail/Text: servicing@afcfirst.com Aug 10 2017 01:26:11    AFC First,    1005 Brookside Road,
                 P.O. Box 3558,    Allentown, PA 18106-0558
13957694        E-mail/Text: bankruptcy.bnc@ditech.com Aug 10 2017 01:25:05    Bank of America, N.A.,
                 c/o Ditech Financial LLC,    PO Box 6154,    Rapid City, SD 57709-6154
13907440       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 10 2017 01:27:01
                 Capital One Auto Finance,    3905 N DALLAS PKWY,    PLANO, TX 75093-7892
13907448       +E-mail/Text: traciw@fmfcu.org Aug 10 2017 01:25:09    Franklin Mint FCU,    PO BOX 1907,
                 Media, PA 19063-8907
13907449       +E-mail/Text: bankruptcy.notices@hdfsi.com Aug 10 2017 01:26:11    Harley Davidson Financial,
                 ATTENTION: BANKRUPTCY,    PO BOX 22048,    CARSON CITY, NV 89721-2048
13907451       +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 10 2017 01:25:01    KOHLS/CAPONE,
                 N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
13907454       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 10 2017 01:25:05    PECO,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1380
13907457       +E-mail/Text: bankruptcy@bbandt.com Aug 10 2017 01:25:09    Sheffield Fn,
                 BB&T/ATTN: BANKRUPTCY DEPARTMENT,    PO BOX 1847,    WILSON, NC 27894-1847
13907459        E-mail/Text: tidewaterlegalebn@twcs.com Aug 10 2017 01:25:02    TIDEWATER MOTOR CREDIT,
                 6520 INDIAN RIVER RD,    VIRGINIA BEACH, VA 23464
                                                                                               TOTAL: 12
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
13907436       ##+CAP ONE,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Christina                Page 2 of 2                   Date Rcvd: Aug 09, 2017
                              Form ID: pdf900                Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              CHRISTIAN A. DICICCO    on behalf of Debtor Joseph T. Mischler, Jr.
               cdicicco@myphillybankruptcylawyer.com,   christianadicicco@gmail.com
              CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
               cbrennan@klehr.com,   nharrison@klehr.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH T. MISCHLER, JR. | : | |
| DEBTOR | : | BANKRUPTCY NO. 17-12914-MDC |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 USC § 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 USC § 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtors(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payment in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: August 9, 2017

**HON. MAGDELINE D. COLEMAN**
**U.S. Bankruptcy Judge**